Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Chapter 7 Trustee
JOHN T. KENDALL

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>CYBERHOME ENTERTAINMENT, INC.,<br><br>    Debtor. | Case No. 06-41544 J7<br><br>Chapter 7 |
| JOHN T. KENDALL, Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>DATA VISION COMPUTER VIDEO, INC., a New York corporation,<br><br>    Defendant. | Adversary Proceeding No.<br><br>**COMPLAINT FOR TURNOVER OF PROPERTY OF THE ESTATE, OPEN ACCOUNT, GOODS PROVIDED AND ACCOUNT STATED** |

Plaintiff and Chapter 7 Trustee John T. Kendall alleges:

**JURISDICTIONAL ALLEGATIONS**

1. This is an adversary proceeding brought pursuant to Federal Rule of Bankruptcy Procedure 7001 *et seq.*, and 11 U.S.C. § 542.

DUANE MORRIS LLP
SAN FRANCISCO

DM3\443368.1

1

**COMPLAINT FOR TURNOVER OF PROPERTY OF THE ESTATE, OPEN ACCOUNT, ETC.**
Case: 07-04025   Doc# 1   Filed: 02/02/07   Entered: 02/02/07 09:30:07   Page 1 of 5

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334, 157 and 151.

3. Venue is proper pursuant to 28 U.S.C. § 1409(a).

4. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (E) and (O).

5. This Court may enter a final judgment herein, subject to review by the United States District Court, under 28 U.S.C. § 158.

**GENERAL ALLEGATIONS**

6. On or about September 5, 2006 ("Petition Date"), Cyberhome Entertainment, Inc. ("Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

7. John T. Kendall ("Plaintiff") is the duly appointed, qualified and acting Chapter 7 Trustee of the Debtor's bankruptcy estate (the "Estate").

8. Data Vision Computer Video, Inc. ("Defendant") is a corporation organized and existing under the laws of the State of New York doing business in the State of California.

9. The Trustee is informed and believes that prior to the Petition Date, Debtor and Defendant entered into an agreement whereby Debtor agreed to provide specified goods to Defendant, consisting of home electronics devices and/or related equipment, and Defendant agreed to compensate Debtor for said goods.

10. Debtor provided said goods to Defendant and invoiced Defendant $25,332.50 (the "Unpaid Balance"), or such amount as determined according to proof, for the goods provided.

11. On or about October 2, 2006, Plaintiff, through his Court-appointed counsel, made written demand on Defendant to remit the Unpaid Balance.

12. To date, Defendant has failed and refused to remit the Unpaid Balance.

DUANE MORRIS LLP
SAN FRANCISCO

DM3\443368.1

2

**COMPLAINT FOR TURNOVER OF PROPERTY OF THE ESTATE, OPEN ACCOUNT, ETC.**
Case: 07-04025    Doc# 1    Filed: 02/02/07    Entered: 02/02/07 09:30:07    Page 2 of 5

# FIRST CLAIM FOR RELIEF
## (Turnover)
## [11 U.S.C. §542(b)]

13. Plaintiff incorporates by this reference each of the foregoing paragraphs of this complaint ("Complaint").

14. To date, the Unpaid Balance remains due, owing and unpaid, despite demands from Plaintiff and/or Debtor therefor, plus interest at the rate of ten percent (10%) per annum.

15. The Unpaid Balance is property of the Estate, and is matured and payable upon demand.

**WHEREFORE**, Plaintiff prays for judgment as hereinafter set forth.

# SECOND CLAIM FOR RELIEF
## (Open Account Against Defendant)

16. Plaintiff realleges paragraphs 1 through 12, inclusive, of the Complaint.

17. Defendant became indebted to Debtor on an open book account for money due in the sum of the Unpaid Balance for goods provided to Defendant at Defendant's special instance and request.

18. Although Plaintiff has made due demand on Defendant for the Unpaid Balance, the Unpaid Balance has not been paid, and is now due, owing and unpaid with interest and/or late charges thereon.

19. As a result of Defendant's failure to pay the Unpaid Balance, Plaintiff has incurred and continues to incur attorneys' fees in connection with Defendant's account.

**WHEREFORE**, Plaintiff prays for judgment as hereinafter set forth.

# THIRD CLAIM FOR RELIEF
## (Goods Provided to Defendant)

20. Plaintiff realleges and incorporates paragraphs 1 through 12, inclusive, of the Complaint.

21. Defendant became indebted for goods sold and delivered by Debtor to Defendant at Defendant's special instance and request.

22. At the time of the sale and delivery of the goods, Defendant then and there agreed to pay the Unpaid Balance.

23. Despite due demand therefor, Defendant did then and does now fail, neglect and refuse to pay the Unpaid Balance in full, and there is now due, owing and unpaid to Plaintiff by Defendant the Unpaid Balance plus interest thereon.

**WHEREFORE**, Plaintiff prays for judgment as hereinafter set forth.

## FOURTH CLAIM FOR RELIEF
### (Account Stated Against Defendant)

24. Plaintiff realleges and incorporates paragraphs 1 through 12, inclusive, of the Complaint.

25. An account was stated by and between Debtor and Defendant for goods sold and delivered to Defendant, at Defendant's special instance and request, wherein it was agreed that Defendant was indebted in the sum of the Unpaid Balance, plus interest thereon.

26. Despite due demand therefor, Defendant did then and does now fail, neglect and refuse to pay the Unpaid Balance, and there is now due, owing and unpaid to Plaintiff by Defendant the Unpaid Balance.

**WHEREFORE**, Plaintiff prays for judgment as hereinafter set forth.

## PRAYER

**WHEREFORE**, Plaintiff prays for the following relief:

1. For judgment in the sum of $25,332.50, or according to proof;

2. For pre-judgment interest on the Unpaid Balance;

3. For costs of suit, collection, and attorneys' fees;

4. For entry of an order directing payment and/or turnover thereof by Defendant to Plaintiff; and

5. For such other and further relief as the Court may deem proper.

Dated: February 2, 2007

**DUANE MORRIS LLP**

By: /s/ Geoffrey A. Heaton (# 206990)
GEOFFREY A. HEATON
Attorneys for Plaintiff and Chapter 7 Trustee
JOHN T. KENDALL

DM3\443368.1

5

**COMPLAINT FOR TURNOVER OF PROPERTY OF THE ESTATE, OPEN ACCOUNT, ETC.**